UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTY MONCION,<br><br>                    Plaintiff,<br><br>       -against-<br><br>HANNUM FERETIC PRENDERGAST & MERLINO,<br><br>                    Defendant. | 23-CV-4822 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 10, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 1, 2023
         New York, New York

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief United States District Judge